IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| D'ANGELO P. MADLOCK, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 25-3028-DDC-GEB |
| | ) |
| BILLY CRUSE, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## WAIVER OF SERVICE OF SUMMONS EXECUTED

### KDOC Defendants

Pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, the Kansas Department of Corrections ("KDOC") agrees on behalf of the defendants listed below (the "KDOC Defendants") to waive service of process and complaint in this matter:

Billy Cruse
Printed name of party who waives service

Printed name of party who waives service

David Younger
Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

Printed name of party who waives service

## Non-KDOC Defendants

The defendants listed below are not believed to be current or former KDOC employees and will not be represented by the Kansas Attorney General ("AG"):

| | |
|---|---|
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |
| Name of party not represented by AG | Name of party not represented by AG |

## Concluding Remarks

Pursuant to the Court's order on March 31, 2025 (Doc. 8), the KDOC Defendants have sixty days after the filing of this waiver to file an answer or other responsive pleading.

| | |
|---|---|
| May 1, 2025 | s/Matthew L. Shoger |
| Date | Signature of Assistant Attorney General |